**Paul T. LEHMANN, Appellant,**

v.

**Gunilla J. MURPHY, D.D.S., Respondent.**

No. WD 74796.

Missouri Court of Appeals, Western District.

Sept. 25, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 25, 2012.

Application for Transfer Denied Dec. 18, 2012.

Paul T. Lehmann, Appellant Pro-se.

Steven J. McMahon, for Respondent.

Before DIV III: VICTOR C. HOWARD, Presiding Judge, KAREN KING MITCHELL, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Paul Lehmann appeals the trial court's judgment following a jury verdict in favor of the defendant, Gunilla Murphy, D.D.S., on his action for dental malpractice. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).